CULGIN, Respondent, v. TITLE GUARANTY & SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Susan E. Culgin against the Title Guaranty & Surety Company. D. Burke, for appellant. J. Fettretch, for respondent. No opinion. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice.

CURRIE et al., Appellants, v. SPRAGUE, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Frederic Currie and others against Frank J. Sprague. W. W. Irwin, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 325.

DAVIES v. TEPLISKY et al. BROOKS v. ZUCKERT. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Actions by Mary Davies against Barnet Teplisky and others and by Elizabeth M. Brooks against Joseph Zuckert. No opinions. Motions for leave to appeal to the Court of Appeals denied, without costs.

DAVIS v. TEPLISKY et al. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Mary Davis against Barnet Teplisky and others. No opinion. Order affirmed, with $10 costs and disbursements.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Guiseppe Del Genovese against Fidalma Del Genovese. L. L. Kellogg, for appellant. W. C. Low, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DE MICHELE, Respondent, v. TIMPANO, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Alfonso De Michele against Michael Timpano.
PER CURIAM. As the testimony of the defendant in relation to his counterclaim for $45 for money paid for water rates at the request of plaintiff's assignor was not controverted, the trial court should have allowed this counterclaim of $45. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless plaintiff stipulate within 20 days to reduce the judgment to the sum of $226.75, in which case the judgment, as so reduced, is affirmed, without costs of this appeal.

DEPIRRO, Respondent, v. JOHN N. ROBINS CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Pietro Depirro, as administrator, etc., of Andrea M. Depirro, deceased, against the John N. Robins Company.
PER CURIAM. Judgment and order affirmed, with costs.
BURR, J., dissents, on the ground that there was no proof of freedom from contributory negligence (Riceman v. Havemeyer, 84 N. Y. 647; Geoghegan v. Atlas Steamship Co., 3 Misc. Rep. 224, 228, 22 N. Y. Supp. 749, s. c. 146 N. Y. 369, 371, 40 N. E. 507), and also that the requests to charge at folios 191 and 192 were improperly refused.

DE SEVERINUS, Appellant, v. PRESS PUBLISHING CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Lillian G. De Severinus against the Press Publishing Company. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 80.

In re DE VANEY. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) In the matter of the judicial settlement of the account of John R. De Vaney, as executor of the estate of Harry S. Gordon, deceased.
PER CURIAM. Decision (132 N. Y. Supp. 582) modified, so as to allow the special guardian costs and disbursements of the appeal, to be taxed, payable out of the estate, and also the executor the printing disbursements, to be taxed, payable out of the estate.

DICKENSON, Respondent, v. TYSEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by John J. Dickenson against David J. Tysen, impleaded with others. A. D. Greenfield, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DINEEN v. MAY et al. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Richard B. Dineen against George May and another. No opinion. Motion to open default granted, on payment of $10 costs, and on condition that appeal is on the calendar and ready for argument on January 2, 1912. Settle order on notice.

DOSCHER et al. v. LAUER et al. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Henry Doscher and others, as executors, etc., of Claus Doscher, and Gesine Engel, as executrix, etc., against Edward W. Lauer and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 143 App. Div. 949, 128 N. Y. Supp. 1120.

DOYLE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by James F. Doyle, Sr., as administrator, etc., of James F. Doyle,